IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| PAPA HULUWAZU, formerly known as, Craig Anthony Dillard, <br><br> Plaintiff, <br><br> vs. <br><br> SECRETARY OF THE AIR FORCE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) No. 1:17-CV-077-C ) ) ) ) ) ) |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Report and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Report and Recommendation of the Magistrate Judge is correct and is accepted as the findings and conclusions of the Court.[1] For the reasons stated in the Report and Recommendation of the United States Magistrate Judge, the above-styled and -numbered civil action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 12(h)(3) and/or 28 U.S.C. § 1915(e)(2)(B).

SIGNED this 4th day of December, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff failed to file a timely objection within 14 days from the date of the Report and Recommendation.